UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  **SA CV 15-02021 CJC (AFM)**　　　　　　　　　Date:  December 9, 2015

Title　　**Anthony Wyatt Cannata v. Tami Holt, Warden**

Present: The Honorable:　ALEXANDER F. MacKINNON, U.S. Magistrate Judge

| Ilene Bernal | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**

　　The Court's minute order directing payment of the filing fee was issued in error. The filing fee was paid on December 4, 2015. The Clerk is directed to vacate the December 9, 2015 minute order (ECF No. 4).

cc:　Fiscal

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　:
**Initials of Preparer**　　ib