JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY WYATT CANNATA,<br><br>                Petitioner,<br>   v.<br><br>TAMI HOLT, Warden,<br><br>                Respondent. | Case No. SA CV 15-02021 CJC (AFM)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: August 16, 2016

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE